UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00190-JMS-DML |
| RODNEY BARBER (01), | ) ) ) | |
| Defendant. | ) | |

## ENTRY FOR JUNE 8, 2021
## VACATING FINAL PRETRIAL CONFERENCE AND JURY TRIAL
## JUDGE JANE MAGNUS-STINSON

Defendant Rodney Barber (01) has entered a petition to enter a plea of guilty and plea agreement [38] in the above-referenced cause. Therefore, the August 2, 2021 trial date and the July 23, 2021 final pretrial conference are hereby **VACATED.** U.S. Probation office shall prepare and file the presentence report.

Distribution:

Bradley L. Banks
BANKS & BROWER, LLP
brad.banks@banksbrower.com

Matthew Michael Kubacki
LAW OFFICE OF MATTHEW M. KUBACKI
matt.kubacki@banksbrower.com

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov