UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 1:19-CR-0190-JMS-DML |
| ) | |
| RODNEY A. BARBER, ) | |
|     Defendant. ) | |

**MOTION TO EXTEND PRESENTENCE MEMORANDUM DEADLINE**

Comes the Defendant, Rodney A. Barber, by counsel, Bradley L. Banks and Matthew M. Kubacki, and moves the Court to extend the presentence investigation report deadline in this matter for an additional thirty (30) days, and in support of this motion states as follows:

1. On June 7, 2021, the parties filed a Petition to Enter Plea of Guilty and Plea Agreement. (ECF No. 38)

2. On June 8, 2021, this Court entered an Order that, in part, required the United States Probation Office ("Probation") to prepare and file a presentence report in this matter. (ECF No. 40)

3. The Defendant and Probation have completed the requisite interview, and the Defendant has provided all requested documentary information.

4. However, one of the most important Sentencing Guidelines issues, the amount of loss caused by the Defendant's conduct under §2B1.1, is still being investigated.

5. The parties have and will continue to meet regarding this issue, and it is possible that the parties may be able to submit an agreed loss calculation to Probation for inclusion in the presentence investigation report.

6. The deadline for the presentence investigation report is November 1, 2021 The parties request that Probation, and the parties, have an additional thirty (30) days in order to complete the presentence investigation report in order to fully address the issue.

7. Should this Motion be granted, it will not affect the status of any hearings in this matter before the Court. At present, Plea and Sentencing date is not set.

8. Assistant United States Attorney, Tiffany Preston, has been contacted and does NOT object to this motion.

WHEREFORE, the Defendant, by counsel, Bradley L. Banks and Matthew M. Kubacki, respectfully requests an additional thirty (30) days in order to complete the presentence investigation report.

Respectfully submitted,

/s/ Matthew M. Kubacki, #32041-49_____
Matthew M. Kubacki, #32041-49
Bradley L. Banks, #22268-64
BANKS & BROWER
8770 Purdue Road
Indianapolis, IN 46268
(317) 870-0019
eservice@banksbrower.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, a copy of the foregoing Motion to Extend Presentence Memorandum Deadline has been served via the Court's CM/ECF system with electronic service automatically going to counsel of record for the parties who have entered an appearance in the lawsuit. Parties may access this filing through the Court's system.

/s/ Matthew M. Kubacki, #32041-49_____